UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| |
|---|
| WALTER LEE JONES-BEY #235079, |
| Plaintiff, |
| v. |
| PATRICIA CARUSO, |
| Director of the Michigan Department of Corrections, |
| in her personal capacity and in her official capacity, |
| Defendant. |

Case No. 1:07-cv-392

HONORABLE PAUL L. MALONEY

Magistrate Judge Ellen S. Carmody

## **JUDGMENT**

Judgment is entered in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED** on this 30th day of October 2009.

        /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge